UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLINTON HECK,

    Plaintiff,

v.

BRUCE GAGE, et al.,

    Defendants.

Case No. C11-5539BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 15) and Plaintiff Clinton Heck's ("Heck") objections to the R&R (Dkt. 16).

On August 1, 2011, Heck filed a civil rights complaint (Dkt. 5) and a motion for temporary restraining order and preliminary injunction (Dkt. 6). In the motion, Heck requests that the Court order prison officials to treat his Attention Deficit Hyperactive Disorder with a medication that is not on the normal formula for prescriptions at the prison. *Id*. On August 31, 2011, Judge Creatura issued the R&R recommending that the Court deny Heck's motion because "it is improbable that [Heck] will prevail on the merits." Dkt. 15.

In the R&R, Judge Creatura concluded that Heck failed to show that he met the test for deliberate indifference under the cruel and unusual punishment clause of the Eighth Amendment. *Id*. at 2-3. Specifically, Judge Creatura found that:

> The disagreement [between prison officials and Heck] regarding a course of treatment for [Heck's] alleged mental condition does not amount to deliberate

ORDER – 1

> indifference. Further, [Heck] fails to show he will suffer irreparable injury if injunctive relief is denied.

*Id.* at 3.

Heck objects to the R&R on the basis that he has established questions of fact regarding his claim under the Eighth Amendment (Dkt. 16 at 2-4), his claim under the American with Disabilities Act, 42 U.S.C.A. § 12101, *et seq.* (Dkt. 16 at 4-5), and his claim for accommodation of a fundamental right (*id.* at 6-10). Heck's burden for preliminary relief, however, is to show a probability of success on the merits. *Alliance for the Wild Rockies v. Cottrell,* 632 F.3d 1127, 1137–38 (9th Cir. 2011). Heck has failed to meet this burden.

Therefore, the Court having considered the R&R, Heck's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Heck's motion for preliminary relief (Dkt. 6) is **DENIED**.

DATED this 6th day of October, 2011

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2