UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLINTON HECK,

        Plaintiff,

v.

BRUCE GAGE et al.

        Defendants.

CASE NO. C11-5539-BHS-JRC

ORDER DENYING A MOTION FOR RECONSIDERATION

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. On September 20, 2011. Plaintiff asks the Court to reconsider the order denying his motion for appointment of counsel (ECF No. 21).

Motions for reconsideration are disfavored under this Court's Local Rules. See, Local Rule 7 (h) which states:

> *Standard.* Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

ORDER DENYING A MOTION FOR
RECONSIDERATION - 1

The Court has again reviewed the pleadings and the amended complaint. Plaintiff has had no problem articulating his claims. While he complains of the barriers to proceeding with litigation because of incarceration, these are barriers faced by many inmate litigants and they do not form the basis for appointment of counsel. Plaintiff fails to show the prior ruling is manifest error and the motion for reconsideration is DENIED.

Dated this 13th day of October, 2011.

J. Richard Creatura
United States Magistrate Judge