UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLINTON HECK,

        Plaintiff,

  v.

BRUCE GAGE et al.

        Defendants.

CASE NO. C11-5539-BHS-JRC

ORDER

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. On September 20, 2011, Defendants filed a motion to dismiss. The motion is noted for October 14, 2011 (ECF No. 17). Plaintiff then filed an amended complaint on October 7, 2011, seventeen days after defendants filed the motion to dismiss (ECF No 20).

A plaintiff may amend the complaint once as a matter of course within twenty-one days of a motion to dismiss being filed. Plaintiff's amendment is made pursuant to Fed. R. Civ. P. 15 (a) (1) (B) The Court will not consider the motion to dismiss (ECF No. 17)

ORDER - 1

1  at this time. If appropriate, defendants may re-file a new motion or proceed as allowed
2  under the federal rules. The Clerk's Office is directed to remove ECF No. 17 from the
3  Court's calendar.

      Dated this 13th day of October, 2011.

                                    J. Richard Creatura
                                    United States Magistrate Judge