# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CLINTON HECK,

    Plaintiff,

v.

BRUCE GAGE, et al.,

    Defendants.

Case No. C11-5539BHS

ORDER DENYING MOTION FOR RECONSIDERATION

This matter comes before the Court on the Plaintiff Clinton Heck's ("Heck") motion for reconsideration or to amend judgment (Dkt. 57). The Court has reviewed the briefs filed in support of and in opposition to the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

On March 6, 2012, Judge Creatura issued a Report and Recommendation ("R&R") recommending that the Court grant Defendants' motion to dismiss because (1) Heck's claims were unexhausted and (2) Defendants are entitled to qualified immunity. Dkt. 53. On March 13, 2012, Heck filed objections arguing that his claims were exhausted through the prison grievance system and that the defense of qualified immunity is not applicable to his claim for declaratory and injunctive relief. Dkt. 54.

On April 5, 2012, the Court adopted the R&R and dismissed Heck's complaint without prejudice for failure to exhaust. Dkt. 55. On April 13, 2012, Heck filed the instant motion arguing that the Court erred as a matter of law. Dkt. 57. On April 18, 2012, Defendants responded. Dkt. 58.

ORDER – 1

| | |
|---|---|
| 1 | The Court considers Heck's motion as only a motion for reconsideration because he |
| 2 | argues that the Court erred as a matter of law, and altering or amending the judgment under |
| 3 | Fed. R. Civ. P. 59(e) will not provide Heck his requested relief of vacating the Court's |
| 4 | previous order. Motions for reconsideration are governed by Local Rule CR 7(h), which |
| 5 | provides as follows: |

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

Local Rule CR 7(h)(1).

In this case, Heck argues that the Court erred as a matter of law in dismissing his complaint without prejudice and requiring him to exhaust his claims through the prison grievance procedure. Dkt. 57 at 2. Heck cites three Supreme Court decisions in support of his argument. *Id*. The Court has reviewed these cases and none are applicable to Heck's grievance. Heck's argument is without merit. Therefore, the Court **DENIES** his motion for reconsideration.

DATED this 19th day of April, 2012.

							_____
							BENJAMIN H. SETTLE
							United States District Judge

ORDER – 2